# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE RURAL HOUSING SERVICE f/k/a FARMER'S HOME ADMINISTRATION, )<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MARIA E. RAMOS a/k/a MARIA E. QUINONES, )<br>)<br>)<br>Defendant. | CIVIL NO. 2006-0171 |

## ORDER TO RELEASE FUNDS

FINCH, SENIOR JUDGE

THIS MATTER comes before the Court on the Motion for Release of Funds filed by Plaintiff, United States Department of Agriculture Rural Housing Service. After consideration and the Court being satisfied in the premises, it is hereby

**ORDERED** that Plaintiff's Motion for Release of Funds is **GRANTED**. It is further

**ORDERED** that the funds in the sum of One Hundred Thousand Dollars ($100,000.00) deposited by Jennifer Abraham and Yves Abraham for the purchase of the property described as Plot No. 199 Estate Barren Spot, Queen Quarter, St. Croix U.S. Virgin Islands at the marshal sale on April 3, 2008 be released to the **UNITED STATES DEPARTMENT OF AGRICULTURE RURAL HOUSING SERVICE f/k/a FARMER'S HOME ADMINISTRATION**. It is further

**ORDERED** that the Court's previous Order to Release Funds (Docket No. 22) issued on December 22, 2008 is revoked.

**ENTERED this 22nd day of December, 2008.**

                                                      /s/
                                       **HONORABLE RAYMOND L. FINCH**
                                       **SENIOR U.S. DISTRICT JUDGE**